IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE)<br><br>And<br><br>KENNETH D. COURTRIGHT, III,<br><br>    Defendants. | Civil Action No.  1:19-cv-08454<br>(filed in the United States District Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE),<br><br>    Plaintiff,<br>v.<br><br>CONKLIN WEB PROPERTIES, LLC, d/b/a CONKLIN MEDIA, CONKLIN MEDIA LLC, CONKLIN & COURTRIGHT LLC, PROSPECT MX, LLC, DAVE CONKLIN, JODI CONKLIN, EMILY LASKO, and HALEY HIRTHLER<br><br>    Defendants. | ANCILLARY CASE NO.<br><br>Civil Action No.  5:20-cv-006297 (JMG) |

## ENTRY OF APPEARANCE

  Kindly enter the appearance of Matthew M. Hennesy, Esquire of Barley Snyder on behalf of Defendants, Conklin Web Properties LLC, Conklin Media, LLC, Conklin & Courtright LLC, Dave Conklin, Jodi Conklin, Emily Lasko and Haley Hirthler, in the above-captioned matter.

              BARLEY SNYDER

Dated: January 11, 2021      By: */s/ Matthew M. Hennesy*
                Matthew M. Hennesy, Esquire
                Court I.D. No. 307020
                mhennesy@barley.com
                126 East King Street
                Lancaster, PA  17602
                Telephone:  717-299-5201

## CERTIFICATE OF SERVICE

The foregoing document has also been filed electronically and is available for viewing and downloading on the ECF System.

> Stephen D. Goldblum, Esq.
> SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC
> 2617 Huntingdon Pike
> Huntingdon Valley, PA 19006

Served via email to the following:

> Kenneth Dante Murena, Esq.
> kmurena@dvllp.com
> Christine M. Dimitriou, Esq.
> cdimitriou@dvllp.com
> Damian & Valori LLP
> 1000 Brickell Avenue, Suite 1020
> Miami, FL 33131

BARLEY SNYDER

Dated: January 11, 2021       By: */s/ Matthew M. Hennesy, Esquire*
　　　　　　　　　　　　　　　　　Matthew M. Hennesy, Esquire
　　　　　　　　　　　　　　　　　Court I.D. No. 307020
　　　　　　　　　　　　　　　　　126 East King Street
　　　　　　　　　　　　　　　　　Lancaster, PA 17602
　　　　　　　　　　　　　　　　　717-299-5201
　　　　　　　　　　　　　　　　　Fax: 717-291-4660
　　　　　　　　　　　　　　　　　mhennesy@barley.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendants Conklin Web Properties LLC, Conklin Media, LLC, Conklin & Courtright LLC, Dave Conklin, Jodi Conklin, Emily Lasko and Haley Hirthler*

8293411.1