IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br>   v.<br><br>TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE)<br><br>And<br><br>KENNETH D. COURTRIGHT, III,<br><br>              Defendants. | Civil Action No.  1:19-cv-08454<br>(filed in the United States District Court,<br> Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE),<br><br>              Plaintiff,<br>   v.<br><br>CONKLIN WEB PROPERTIES, LLC, d/b/a CONKLIN MEDIA, CONKLIN MEDIA LLC, CONKLIN & COURTRIGHT LLC, PROSPECT MX, LLC, DAVE CONKLIN, JODI CONKLIN, EMILY LASKO, and HALEY HIRTHLER<br><br>              Defendants. | ANCILLARY CASE NO.<br><br>Civil Action No.  5:20-cv-006297 (JMG) |

## **STIPULATION AND ORDER**

It is hereby stipulated by and between Plaintiff, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc., and Defendant Haley Hirthler by their undersigned counsel, that Defendant Hirthler shall have an extension of time to respond to the Complaint filed by the Plaintiff through March 9, 2021.

8293113.1

SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC

By: */s/ Stephen C. Goldblum*
   STEPHEN C. GOLDBLUM, ESQ.
   PA Bar No. 83927
   2617 Huntingdon Pike
   Huntingdon Valley, PA 19006
   (215) 887-0200
   sgoldblum@sogtlaw.com

   and

   */s/ Kenneth Dante Murena*
   Kenneth Dante Murena, Esq.
   Florida Bar No. 147486
   kmurena@dvllp.com
   Christine M. Dimitriou, Esq.
   Florida Bar No. 99381
   cdimitriou@dvllp.com
   Damian & Valori LLP
   1000 Brickell Avenue, Suite 1020
   Miami, FL 33131
   Telephone: (305) 371-3960
   Facsimile:  (305) 371-3965
   *Pro Hac Vice Applications Pending*

   *Counsel for Melanie E. Damian,*
   *Court-Appointed Receiver*

BARLEY SNYDER

By: */s/ Matthew M. Hennesy*
   Matthew M. Hennesy, Esquire
   Court I.D. No. 307020
   mhennesy@barley.com
   126 East King Street
   Lancaster, PA  17602
   Telephone:  717-299-5201

   *Counsel for Defendants Conklin Web*
   *Properties LLC, Conklin Media, LLC, Conklin*
   *& Courtright LLC, Dave Conklin, Jodi*
   *Conklin, Emily Lasko and Haley Hirthler*

**APPROVED AND SO ORDERED**

**this _____day of January, 2021**

_____

**John M. Gallagher, J.**

8293113.1