IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br> v.<br><br>TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE)<br><br>And<br><br>KENNETH D. COURTRIGHT, III,<br><br>   Defendants. | Civil Action No. 1:19-cv-08454<br>(filed in the United States District Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE),<br><br>   Plaintiff,<br> v.<br><br>CONKLIN WEB PROPERTIES, LLC, d/b/a CONKLIN MEDIA, CONKLIN MEDIA LLC, CONKLIN & COURTRIGHT LLC, PROSPECT MX, LLC, DAVE CONKLIN, JODI CONKLIN, EMILY LASKO, and HALEY HIRTHLER<br><br>   Defendants. | ANCILLARY CASE NO.<br><br>Civil Action No. 5:20-cv-006297 (JMG) |

## **STIPULATION AND ORDER**

It is hereby stipulated by and between Plaintiff, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc., and Defendants Jodi Conklin, Emily Lasko, and Haley Hirthler by their undersigned counsel, that Defendants Jodi Conklin, Emily Lasko, and Haley Hirthler shall have an extension of time to respond to the Complaint filed by the Plaintiff through April 12, 2021.

8419251.1

SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC

By: */s/ Stephen C. Goldblum*
    STEPHEN C. GOLDBLUM, ESQ.
    PA Bar No. 83927
    2617 Huntingdon Pike
    Huntingdon Valley, PA 19006
    (215) 887-0200
    sgoldblum@sogtlaw.com

    and

    */s/ Kenneth Dante Murena*
    Kenneth Dante Murena, Esq.
    Florida Bar No. 147486
    kmurena@dvllp.com
    Christine M. Dimitriou, Esq.
    Florida Bar No. 99381
    cdimitriou@dvllp.com
    Damian & Valori LLP
    1000 Brickell Avenue, Suite 1020
    Miami, FL 33131
    Telephone: (305) 371-3960
    Facsimile:   (305) 371-3965
    *Pro Hac Vice Applications Pending*

    *Counsel for Melanie E. Damian,*
    *Court-Appointed Receiver*


BARLEY SNYDER

By: */s/ Matthew M. Hennesy*
    Matthew M. Hennesy, Esquire
    Court I.D. No. 307020
    mhennesy@barley.com
    126 East King Street
    Lancaster, PA  17602
    Telephone:  717-299-5201

    *Counsel for Defendants Conklin Web*
    *Properties LLC, Conklin Media, LLC, Conklin*
    *& Courtright LLC, Dave Conklin, Jodi*
    *Conklin, Emily Lasko and Haley Hirthler*

8419251.1

**APPROVED AND SO ORDERED**

**this 10th day of March, 2021**

 /s/ John M. Gallagher
**John M. Gallagher, J.**

8419251.1