**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

  v.

TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE)

and

KENNETH D. COURTRIGHT, III,

     Defendants.

             Civil Action No.  1:19-cv-08454
             (filed in the United States District Court,
              Northern District of Illinois)

---

MELANIE E. DAMIAN, AS RECEIVER OF
TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE),

     Plaintiff,

  v.

CONKLIN WEB PROPERTIES, LLC, d/b/a
CONKLIN MEDIA, CONKLIN MEDIA LLC,
CONKLIN & COURTRIGHT LLC, PROSPECT
MX, LLC, DAVE CONKLIN, JODI CONKLIN,
EMILY LASKO, and HALEY HIRTHLER

     Defendants.

ANCILLARY CASE NO.

Civil Action No.  5:20-cv-006297 (JMG)

**ORDER**

   AND NOW, this _____ day of _____, 2021, upon consideration of the

Motion to Dismiss of Defendants Conklin Web Properties LLC, Conklin Media LLC, Conklin &

Courtright, and Dave Conklin, and any opposition thereto, IT IS HEREBY ORDERED that said

motion is GRANTED and Plaintiff's Complaint against Defendants Conklin Web Properties

LLC, Conklin Media LLC, Conklin & Courtright, and Dave Conklin is DISMISSED WITH

PREJUDICE.

8420557.1

BY THE COURT:

_____

Honorable John M. Gallagher

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>    v.<br><br>TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>          Defendants. | Civil Action No.  1:19-cv-08454<br>(filed in the United States District Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE),<br><br>          Plaintiff,<br>    v.<br><br>CONKLIN WEB PROPERTIES, LLC, d/b/a CONKLIN MEDIA, CONKLIN MEDIA LLC, CONKLIN & COURTRIGHT LLC, PROSPECT MX, LLC, DAVE CONKLIN, JODI CONKLIN, EMILY LASKO, and HALEY HIRTHLER<br><br>          Defendants. | ANCILLARY CASE NO.<br><br>Civil Action No.  5:20-cv-006297 (JMG) |

**DEFENDANTS CONKLIN WEB PROPERTIES LLC,
CONKLIN MEDIA LLC, CONKLIN & COURTRIGHT, LLC
AND DAVE CONKLIN'S
<u>MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Conklin

Web Properties LLC, Conklin Media LLC, Conklin & Courtright, LLC, and Dave Conklin

respectfully move this Honorable the Court for an order dismissing, with prejudice, the

Complaint filed by Plaintiff, Melanie E. Damian, as Receiver of Today's Growth Consultant,

18420557.1

Inc. (dba The Income Store) for failure to state a claim upon which relief can be granted.  The

grounds for this Motion are more fully set forth in the attached Memorandum in Support.  A

proposed Order is attached for the Court's consideration.

The undersigned hereby certifies that counsel for the parties met and conferred on

March 5, 2021, via telephone, concerning the alleged pleading deficiencies identified in the

Motion, which included substantive verbal discussion regarding the issues in dispute.  The

parties were unable to resolve the dispute during that conference.

BARLEY SNYDER

By: */s/ Matthew M. Hennesy*
    Matthew M. Hennesy, Esquire
    Court I.D. No. 307020
    mhennesy@barley.com
    Luke T. Weber, Esquire
    Court I.D. No. 311796
    lweber@barley.com
    126 East King Street
    Lancaster, PA  17602
    Telephone:  717-299-5201

    *Counsel for Defendants Conklin Web*
    *Properties LLC, Conklin Media, LLC, Conklin*
    *& Courtright LLC, Dave Conklin, Jodi*
    *Conklin, Emily Lasko and Haley Hirthler*

8420557.1

2

## CERTIFICATE OF SERVICE

The foregoing document has also been filed electronically and is available for viewing and downloading on the ECF System.

> Stephen D. Goldblum, Esq.
> SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC
> 2617 Huntingdon Pike
> Huntingdon Valley, PA 19006
>
> Kenneth Dante Murena, Esq.
> kmurena@dvllp.com
> Christine M. Dimitriou, Esq.
> cdimitriou@dvllp.com
> Damian & Valori LLP
> 1000 Brickell Avenue, Suite 1020
> Miami, FL 33131

BARLEY SNYDER

Dated: March 12, 2021

By: */s/ Matthew M. Hennesy, Esquire*
Matthew M. Hennesy, Esquire
Court I.D. No. 307020
Luke T. Weber, Esquire
Court I.D. No. 311796
126 East King Street
Lancaster, PA 17602
717-299-5201
Fax: 717-291-4660
mhennesy@barley.com

*Attorneys for Defendants Conklin Web Properties LLC, Conklin Media, LLC, Conklin & Courtright LLC, Dave Conklin, Jodi Conklin, Emily Lasko and Haley Hirthler*

38420557.1