IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE) <br><br> and <br><br> KENNETH D. COURTRIGHT, III, <br><br> Defendants. | Civil Action No. 1:19-cv-08454 (filed in the United States District Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE), <br><br> Plaintiff, <br><br> v. <br><br> CONKLIN WEB PROPERTIES, LLC d/b/a CONKLIN MEDIA, CONKLIN MEDIA LLC, CONKLIN & COURTRIGHT LLC, PROSPECT MX, LLC, DAVE CONKLIN, JODI CONKLIN, EMILY LASKO and HALEY HIRTHLER <br><br> Defendants. | Ancillary Case No. 20-cv-06297 |

**STIPULATION FOR EXTENSION OF TIME**

AND NOW, this 26th day of March, 2021 it is STIPULATED and AGREED between the undersigned counsel that Plaintiff, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (d/b/a The Income Store) shall have until April 9, 2021 to file a response to the Motion to Dismiss of Defendants Conklin Web Properties, LLC, Conklin Media, LLC, Conklin & Courtright, LLC and Dave Conklin.

{02129926;v1 }

SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC

By: */s/ Stephen C. Goldblum*
STEPHEN C. GOLDBLUM, ESQ.
PA Bar No. 83927
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
(215) 887-0200
sgoldblum@sogtlaw.com

and

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
kmurena@dvllp.com
Christine M. Dimitriou, Esq.
Florida Bar No. 99381
cdimitriou@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965
*Pro Hac Vice Applications Pending*

*Counsel for Melanie E. Damian,
Court-Appointed Receiver*

BARLEY SNYDER

By: */s/ Matthew M. Hennesy*
Matthew M. Hennesy, Esquire
Court I.D. No. 307020
mhennesy@barley.com
126 East King Street
Lancaster, PA  17602
Telephone:  717-299-5201

*Counsel for Defendants Conklin Web Properties LLC, Conklin Media, LLC, Conklin & Courtright LLC, Dave Conklin, Jodi Conklin, Emily Lasko and Haley Hirthler*

**APPROVED AND SO ORDERED**

/s/ John M. Gallagher
**Honorable John M. Gallagher, J.**