IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : | Civil Action No. 1:19-cv-08454 <br> (filed in the United States District <br> Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE), : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CONKLIN WEB PROPERTIES, LLC d/b/a : <br> CONKLIN MEDIA, CONKLIN MEDIA LLC, : <br> CONKLIN & COURTRIGHT LLC, : <br> PROSPECT MX, LLC, DAVE CONKLIN, : <br> JODI CONKLIN, EMILY LASKO : <br> and HALEY HIRTHLER : <br> : <br> Defendants. : | Ancillary Case No. 20-cv-06297 |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS JODI CONKLIN, EMILY LASKO AND
HALEY HIRTHLER WITHOUT PREJUDICE**

{02138597;v1 }

Pursuant to FRCP 41, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (dba The Income Store), hereby voluntarily dismisses Defendants Jodi Conklin, Emily Lasko and Haley Hirthler from the above-captioned matter without prejudice.

Respectfully submitted this 5th day of April, 2021.

Respectfully submitted,

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC


/s/ Stephen C. Goldblum
Stephen C. Goldblum, Esq.
PA Bar No. 83927
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
Telephone: (215) 887-0200
Email: sgoldblum@sogtlaw.com
*Counsel for Plaintiff Melanie E. Damian*


DAMIAN & VALORI LLP

/s/ Kenneth Dante Murena
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
kmurena@dvllp.com
Christine M. Dimitriou, Esq.
Florida Bar No. 99381
cdimitriou@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965
*Admitted Pro Hac Vice*
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

{02138597;v1 }                              2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : | Civil Action No. 1:19-cv-08454 <br> (filed in the United States District <br> Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE), : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CONKLIN WEB PROPERTIES, LLC d/b/a : <br> CONKLIN MEDIA, CONKLIN MEDIA LLC, : <br> CONKLIN & COURTRIGHT LLC, : <br> PROSPECT MX, LLC, DAVE CONKLIN, : <br> JODI CONKLIN, EMILY LASKO : <br> and HALEY HIRTHLER : <br> : <br> Defendants. : | Ancillary Case No. 20-cv-06297 |

**CERTIFICATE OF SERVICE**

{02138597;v1 }

I hereby certify that on the date indicated below, a true and correct copy of the attached Notice of Voluntary Dismissal of Defendants Jodi Conklin, Emily Lasko and Haley Hirthler Without Prejudice was served by email and CM/ECF on the following:

>Matthew Mark Hennesey, Esquire
>Barley Snyder LLP
>126 East King Street
>Lancaster, PA  17601
>mhennesey@barley.com

>SEMANOFF ORMSBY
>GREENBERG & TORCHIA, LLC


>BY:   /s/ *Stephen C. Goldblum*
>      STEPHEN C. GOLDBLUM

DATE:  April 5, 2021

{02138597;v1 }