IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>    Defendants. | Civil Action No. 1:19-cv-08454<br>(filed in the United States District<br>Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF<br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE),<br><br>    Plaintiff,<br><br>    v.<br><br>CONKLIN WEB PROPERTIES, LLC d/b/a<br>CONKLIN MEDIA, CONKLIN MEDIA LLC,<br>CONKLIN & COURTRIGHT LLC,<br>PROSPECT MX, LLC, DAVE CONKLIN,<br>JODI CONKLIN, EMILY LASKO<br>and HALEY HIRTHLER<br><br>    Defendants. | Civil Action No. 20-cv-06297 |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of

the Motion to Dismiss of Defendants Conklin Web Properties LLC d/b/a Conklin Media,

Conklin Media LLC, Conklin & Courtright, and Dave Conklin, and Plaintiff's response thereto, it is ORDERED the Motion is DENIED. The Court grants Plaintiff leave to amend Count II of the Complaint to seek recovery of only those transfers made during the applicable limitations period.

JOHN M. GALLAGHER, U.S.D.J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : | Civil Action No. 1:19-cv-08454 <br> (filed in the United States District <br> Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE), : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CONKLIN WEB PROPERTIES, LLC d/b/a : <br> CONKLIN MEDIA, CONKLIN MEDIA LLC, : <br> CONKLIN & COURTRIGHT LLC, : <br> PROSPECT MX, LLC, DAVE CONKLIN, : <br> JODI CONKLIN, EMILY LASKO : <br> and HALEY HIRTHLER : <br> : <br> Defendants. : | Civil Action No.  20-cv-06297 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS CONKLIN WEB PROPERTIES LLC,
CONKLIN MEDIA LLC, CONKLIN & COURTRIGHT, LLC
AND DAVE CONKLIN'S MOTION TO DISMISS COMPLAINT**

For the reasons set forth in Plaintiff's memorandum in opposition to Defendants' Motion to Dismiss Complaint, which is filed contemporaneously herewith and is incorporated herein, Plaintiff respectfully requests the Court deny the Motion.

{02147582;v1 }

Respectfully submitted,

**DAMIAN & VALORI LLP**

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
kmurena@dvllp.com
Christine M. Dimitriou, Esq.
Florida Bar No. 99381
cdimitriou@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965
*Admitted Pro Hac Vice*


**SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC**

*/s/ Stephen C. Goldblum*
Stephen C. Goldblum, Esq.
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
Telephone: (215) 887-0200
Email: sgoldblum@sogtlaw.com

*Counsel for Melanie E. Damian,
Court-Appointed Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of the foregoing was served by email and CM/ECF on the following:

>Matthew Mark Hennesey, Esquire
>Barley Snyder LLP
>126 East King Street
>Lancaster, PA  17601
>mhennesey@barley.com

>>SEMANOFF ORMSBY
>>  GREENBERG & TORCHIA, LLC


>>BY:    /s/ *Stephen C. Goldblum*
>>          STEPHEN C. GOLDBLUM

DATE:  April 9, 2021