IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE E. DAMIAN, : | |
| As receiver of Today's Growth Consultant, Inc. : | |
| (d/b/a The Income Store), : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:20-cv-06297-JMG |
| : | |
| PROSPECT MX, LLC, : | |
| Defendant. : | |

**NOTICE**
No Proof of Service on Docket

TO:   Plaintiff(s)

    A review of the Court's records indicates that on December 15, 2020, Plaintiff filed a Complaint in the United States District Court for the Eastern District of Pennsylvania. In order to achieve the delay reduction goals set forth in the Civil Justice Reform Act of 1990, 28 U.S.C. §§ 471-482, Plaintiff's counsel is to serve the Summons and Complaint on all Defendants promptly.

    The Docket does not indicate that Plaintiff has properly served Defendant (Prospect MX, LLC) as of this date. If you have already properly served Defendant, you are to promptly file proof of service pursuant to Federal Rule of Civil Procedure 4(l). If you have not yet made proper service, you are to promptly serve Defendant and file proof of service with the Clerk of Court.

    If proof of service is not filed within thirty (10) days of the date of this Notice, the Court must dismiss this action pursuant to Federal Rule of Civil Procedure 4(m).

                                                          KATE BARKMAN, Clerk of Court

                                                          By: */s/ Brian R. Dixon*
                                                             Brian R. Dixon, Civil Deputy Clerk
                                                             For Judge John M. Gallagher

Date of Notice:  April 12, 2021