IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE E. DAMIAN,<br>As receiver of Today's Growth Consultant, Inc.<br>(d/b/a The Income Store),<br>    Plaintiff,<br><br>v.<br><br>CONKLIN WEB PROPERTIES, LLC,<br>d/b/a<br>CONKLIN MEDIA, *et al.,*<br>    Defendants. | Civil No. 5:20-cv-06297-JMG |

## **ORDER**

**AND NOW**, this 28th day of May, 2021, **IT IS HEREBY ORDERED** as follows:

At the request of the parties, this case is referred to Magistrate Judge Timothy Rice for purposes of conducting a settlement conference as Judge Rice deems appropriate. The parties shall jointly contact Judge Rice's chambers no later than **June 11, 2021,** to schedule the settlement conference.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge