IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELANIE E. DAMIAN
*AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (DBA THE INCOME STORE*)

    Plaintiff,

    v.

CONKLIN WEB PROPERIES, LLC, et. al.

    Defendant.

: CIVIL ACTION
:
:
:
: NO. 20-6297
:
:
:

## CONFERENCE NOTICE

  The settlement conference scheduled for July 6, 2021 at 1:30 P.M. before the Honorable Timothy R. Rice, United States Magistrate Judge is CANCELLED.

          */s/ Donna Marie Croce*
          Donna Marie Croce
          Deputy to the
          Honorable Timothy R. Rice
          U.S. Magistrate Judge
          (267) 299-7660

Date: June 29, 2021
Cc:  Counsel of record