IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>Defendants. | Civil Action No. 1:19-cv-08454 |
| MELANIE E. DAMIAN, AS RECEIVER OF<br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE),<br><br>Plaintiff,<br>v.<br><br>CONKLIN WEB PROPERTIES, LLC d/b/a<br>CONKLIN MEDIA, CONKLIN MEDIA LLC,<br>CONKLIN & COURTRIGHT LLC,<br>PROSPECT MX, LLC, and DAVE CONKLIN<br><br>Defendants. | Ancillary Case No.: 20-cv-06297 |

**DEFENDANTS' DEMAND FOR JURY TRIAL**

Please take notice that Defendants Conklin Web Properties, LLC d/b/a Conklin Media, Conklin Media, LLC, Conklin & Courtright LLC, and Dave Conklin hereby demand trial by jury on all issues so triable.

9038130.1

Respectfully submitted.

BARLEY SNYDER

Dated: December 31, 2021

By: */s/ Matthew M. Hennesy*
Matthew M. Hennesy, Esquire
Court I.D. No. 307020
mhennesy@barley.com
Luke T. Weber, Esquire
Court I.D. No. 311796
lweber@barley.com
126 East King Street
Lancaster, PA  17602
Telephone:  717-299-5201

*Counsel for Defendants Conklin Web Properties LLC, Conklin Media, LLC, Conklin & Courtright LLC, and Dave Conklin*

2

## CERTIFICATE OF SERVICE

The foregoing document has also been filed electronically and is available for viewing and downloading on the ECF System.

> Stephen D. Goldblum, Esq.
> SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC
> 2617 Huntingdon Pike
> Huntingdon Valley, PA 19006
>
> Kenneth Dante Murena, Esq.
> kmurena@dvllp.com
> Christine M. Dimitriou, Esq.
> cdimitriou@dvllp.com
> Damian & Valori LLP
> 1000 Brickell Avenue, Suite 1020
> Miami, FL 33131

Dated: December 31, 2021

By: */s/ Matthew M. Hennesy*
Matthew M. Hennesy, Esquire
Court I.D. No. 307020
mhennesy@barley.com
126 East King Street
Lancaster, PA  17602
Telephone:  717-299-5201

*Counsel for Defendants Conklin Web Properties LLC, Conklin Media, LLC, Conklin & Courtright LLC, and Dave Conklin*

9038130.1